

**RECEIVED**

APR 3 0 2008
APR. 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Robert A. Warren,

#B50436, PRO-SE Plaintiff,

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Chaplain Peterson,

Roger E. Walker Jr.,

John Doe #1, John Doe #3,

Jane Doe #1, Jane Doe #3,

John Doe #2, Jackie Miller,

Jane Doe #2,

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

08CV2518
**JUDGE HART**
**MAGISTRATE JUDGE COX**

Case N._____
(To be supplied by the Clerk of this Court)

Individually and in their
Official Capacities,

Defendants.

**CHECK ONE ONLY:**

 X    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
      U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
          28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

    A.   Name: Robert A. Warren.

    B.   List all aliases: N-A.

    C.   Prisoner identification number: #B-50436.

    D.   Place of present confinement: Pontiac, Correctional Center

    E.   Address: P.O. Box 99, Pontiac, Illinois, 61764.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C.**)

    A.   Defendant: Chaplain Peterson.

        Title: Prison Chaplain.

        Place of Employment: Stateville Correctional Center.

    B.   Defendant: Roger E. Walker Jr.

        Title: Director, Illinois Department of Corrections.

        Place of Employment: Illinois Department of Corrections, Springfield.

    C.   Defendant: Jackie Miller.

        Title: Chairperson, Office of Inmate Issues, (A.R.B.).

        Place of Employment: Illinois Department of Corrections, Springfield.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

II. Defendants Cont. ⟶

# II. Defendants Cont.

**D.** Defendant: John Doe #1.
Title: Correctional Officer, 7-3 Shift, July 4, 2007.
Place of Employment: Stateville, N.R.C., J-Pode.

**E.** Defendant: Jane Doe #1.
Title: Correctional Officer, 11-7 Shift, July 3rd, 4th, 2007.
Place of Employment: Stateville, N.R.C., J-Pode.

**F.** Defendant: John Doe #2.
Title: Correctional Officer, (Sgt.) 7-3 Shift, July 4, 2007.
Place of Employment: Stateville, N.R.C.

**G.** Defendant: Jane Doe #2.
Title: Correctional Officer, (Lt.), 7-3 Shift, July 4, 2007.
Place of Employment: Stateville, N.R.C.

**H.** Defendant: John Doe #3.
Title: Correctional Officer, 7-3 Shift, July 10-18, 2007.
Place of Employment: Stateville, F-House, 2-gallery.

**I.** Defendant: Jane Doe #3.
Title: Correctional Officer, (Lt.), 3-11 Shift, July 10-17, 2007.
Place of Employment: Stateville, F-House.


That at all times, each defendant, acted under the Color of State Law, and each defendant, is being sued in their Individually, and Official Capacities, for using their Professional office to Individually, Arbitrarily, and delibertly deny Plaintiffs religious vegan diet, Plaintiff's dietary needs, and health.

2.

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing
an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (√)  NO ( )  If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (√)  NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

Mailed grievance dated July 31, 2007, directly to the
Administrative Review Board, on Said date.

2.    What was the result?

The Administrative Review Board had refused to Respond to the
grievance dated July 31, 2007, in a reasonable amount of time, of
6 months, as defined in 20 ILL. Adm. Code 504.850 (f), **3 Additional**
months went by without a response  for a total of 9 months.

3.    If the grievance was not resolved to your satisfaction, did you appeal?
What was the result (if there was no procedure for appeal, so state.)

Administrative Review Board is the highest level,
there is no Procedure for Appeal.

D.    If your answer is **NO**, explain why not:

3

Revised:  7/20/05

E.   Is the grievance procedure now completed?   YES (✓)   NO (  )

F.   If there is no grievance procedure in the institution, did you complain to authorities?   YES (  )   NO (  )

G.   If your answer is **YES**:

    1.   What steps did you take?

    _____

    _____

    _____

    2.   What was the result?

    _____

    _____

    _____

H.   If your answer is **NO**, explain why not:

_____

_____

_____

_____

IV.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: N/A

B.   Approximate date of filing lawsuit: N/A

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D.   List all defendants: N/A

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F.   Name of judge to whom case was assigned: N/A

G.   Basic claim made: N/A

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I.   Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

# V. Statement of Claim:

1. On May 18th, 2007, Robert A. Warren #B50436, was "issued a Vegan Religious diet," at Western Illinois Correctional Center, where he was housed. (See Ex. C attached).

2. On July 3rd, 2007, the Plaintiff was transfered to the State-ville Correctional Center, N.R.C. building, due to a Court writ. When Plaintiff was housed at the Stateville, N.R.C. building, from July 3rd, to the 9th, 2007, he was denied his religious Vegan diet, and was fed a regular tray, consisting of animal & animal by-products. For this stated amount of time, Plaintiff could only consume about ten percent of each tray's contents, served, because of Plaintiffs relig-ious beliefs. Plaintiff, "Notified the staff," that he had a religious Vegan diet "Approved" at the Western Illinois Correctional Center. At all times, while at the N.R.C. build-ing, "Staff took a stance of delibrate Indiffrence towards the health and dietary needs of the Plaintiff," as a result, the Plaintiff had suffered Physical Injuries. (see Ex. C and Ex. I thru Ex. O attached).

3. On July 9th, 2007, Plaintiff was moved and housed in the Maximum Security facility, F-House, Cell #253, inside the walls. Now, Plaintiff was dealing with a whole new set of Staff members. Plaintiff again, made aware to the Staff members of his religious Vegan diet, Again, Staff Mem-bers took a stance of delibrate Indiffrence towards the health and dietary needs of the Plaintiff, while he was housed in, F-House, Cell #253, because, Plaintiff was fed a regular tray consisting of animal & animal by-Products, and could only consume about ten percent of each tray's contents, served, because of Plaintiffs religious beliefs. (see Ex. C attached).

4. On July 12th, 2007, Plaintiff had Finally recieved a Contract for a Vegan religious diet through the prison mail system. Plaintiff had filled Out the paperwork, and had mailed this to Chaplain, Peterson, the Chaplain at Stateville Correctional Center, on the same date, through the prison mail system. Plaintiff was house at F-House Cell #253 From July 9th, to the 18th, 2007. With deliberate Indifference towards the Plaintiff's dietary needs the Plaintiff "never" recieved his religious Vegan diet tray that he Could eat, while at Stateville Correctional Center from July 3rd, to the 18th, 2007.

5. On July 31, 2007, Plaintiff had grieved his denial of a Vegan Religious diet, while on a Court writ from July 3rd, to the 18th, 2007, and had mailed such with Letterhead and a I.d.o.C. Memorandum, dated June 29th, 2007, to the A.R.B. such was mailed From Western Ill. Corr. Ctr. on August 1st, 2007. (See Ex. A, B, C, & G attached).

6. On November 15th, 2007, Plaintiff had requested a "Status" on his grievance dated July 31, 2007, to the A.R.B. (see Ex. D attached). this request for Status had fell on deaf ears.

7. On December 20th, 2007, Plaintiff recieved a Memorandum From the Chaplain at Western, to his request about "transference of your Vegan diet to a facility where you are on a a Court writ." "that no automatic Procedure is in Place". (See Ex. E attached).

8. On January 31, 2008, Plaintiff had wrote the A.R.B to advise them that their six months to respond to his grievance, dated July 31, 2007, had "expired", Pursuant to administative Code of Corrections. (See Ex. A, B, C, H & P attached).

9. On february 4th, 2008, (Past the time Limitation), Jackie Miller from the A.R.B. had requested another copy of the Plaintiff's grievance, with Proof of service "and I'll review". (see Ex. H attached). Plaintiff complied with this request and had mailed out such on february 13th, 2008. (see Ex. G* attached). Plaintiff had waited an additional 3 months, no response had came. Since the time-Limitation to respond to Plaintiff's grievance had already "expired", the grievance process is now completed. With deliberate Indifference towards the health and dietary needs of the Plaintiff, Jackie Miller and Roger E. Walker Jr., both had took a stance of deliberate Indifference towards the health and dietary needs of the Plaintiff's grievance when they refused to respond in a "reasonable-time frame". (see Ex. H & P attached).

10. Plaintiff has suffered Major weight Loss, emotional and mental anguish and distress, Pain and suffering from being hungry, daily dietary Nutritional Calories deficientcy, and Physical Injury, (Psychological distress), and the period of 15 days without a religious Vegan diet. Plaintiff had awoke and went to sleep hungry every day while housed at Stateville Correctional Center on his court writ from July 3rd to the 18th, 2007. With deliberate Indifference towards the health and dietary needs of the Plaintiff, the Staff, the defendants, in this case, subjected the Plaintiff to 15 days of Cruel and unusual Punishment in violation of the 8th Amendment Protections established in the United States Constitution bill of rights.

11. Plaintiff had mailed his NOTICE OF INTENT to the office of the Illinois Attorney General, Lisa Madigan, as required by Law and Statue on the 15th day of April, 2008. (see Ex. Q & R attached).

Plaintiff is asking Leave of Court for Permission to serve this 42 U.S.C. § 1983 civil rights complaint on the defendants in both of their Individual and their official capacities, Due to the Fact that the defendants each used their Professional office to Individually, Arbitrarily, and deliberatly denied the Plaintiffs religious Vegan diet, Plaintiffs Health and dietary Needs, due to Policies.

Secondly,

Plaintiff respectfully asks this honorable Court to enforce the Laws, that will ensure the defendants will have to use, "Individual Counsel", rather then the Priviledged of Protection from the office of the Illinois Attorney General, due to the Nature of the Individual Capacity Status of the defendants Proclaimed in this, 42 U.S.C. § 1983, civil rights Complaint.

VI. <u>Prayer for Relief</u>:

WHEREFORE, Plaintiff respectfully Prays that this Court enter Judgement granting Plaintiff:

* <u>A declaration</u>, that the acts, and Omissions described, Herein, Violated Plaintiffs rights, under the Constitution, and Laws, of the United States.

* <u>A dietary Plan instituted</u>, Permanently, where Ones dietary Needs "Automatically transfers" with, and are upheld, and are honored, and Strictly enforced, without PreJudice, at whatever, (I.d.o.c.), facility One Arrives at.

* <u>Compensatory damages</u>, in the Amount of, One thousand, $1,000.00, a day, from July 3rd, to July 18th, 2007, against each defendant, Jointly and Severally.

9.

* <u>Punitive damages</u>, in the amount of, two thousand, $2,000.00, a day, from July 3rd, to July 18th, 2007, against each defendant.

* <u>A Jury trial</u>, on all issues triable by Jury.

* <u>Plaintiff Cost</u>, and attorney fees in this Suit.

* <u>Any additional relief</u>, this Court deems Just, Proper and equitable.

Date: **April**      **17th**, 2008.

Respectfully Submitted,

Robert A. Warren

#B50436                 PRO-SE

Pontiac Correctional Center

P.O. Box 99

Pontiac, Illinois 61764

STATE OF ILLINOIS    } ss.
COUNTY OF LIVINGSTON )

# VERIFICATION

I, Robert A. Warren, #B50436, the Plaintiff, have read the foregoing 1983 Complaint, and hereby, **VERIFY**, that the matters stated therein are true, and correct, to the best of my personal knowledge, encluding any, and all exhibits attached, thereto.

Under Penalities of Perjury Pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, I swear that the above is true and Correct.

Signed on this **17th** day of **April**, 2008.

Robert A. Warren
Plaintiff

10.

# APPENDIX
## (List of Exhibits)

Ex. A  Cover Letter to A.R.B. dated July 31, 2007.

Ex. B  Plaintiff's grievance, (Religious diet denial), July 31, 07.

Ex. C  I.d.o.c. Memorandum Approving Vegan diet, June 29, 07.

Ex. D  Letter to A.R.B. Requesting Status on grievance, 11-15-07.

Ex. E  I.d.o.c. Memorandum from Chaplain Twaddell, 12-20-07.

Ex. G  Plaintiff's I.d.o.c. Mail card, (Western), incoming/outgoing.

Ex. H  Letter to A.R.B. (time-limit expired) A.R.B. Replied, envelope from Jackie Miller.

Ex. I thru. Ex. O  Medical Reports from Stateville - N.R.C. during Court writ.

Ex. P  20 ILL. adm. Code 504.850 (f) (A.R.B. time-limitation).

Ex. Q  Notice of Intent, Sent to Lisa Madigan. April 15, 2008.

Ex. R  Postage Payment, (Notice of Intent), Paid, April 16, 2008.

July 31st, 2007

Dear Administrative Review Board:

    I am Submitting to you, for review, a Complaint/Grievance, dated July 31st, 2007, dealing with a deliberate denial of my Religious diet (Vegan), While at Stateville Corr. Center, With Attached Memorandum dated June 29th, 2007, from the Western Ill. Corr. Ctr., While on a Court Writ to Stateville Corr. Ctr., from July 4th, thru July 18th, 2007.

    The Attached Complaint/Grievance, Memorandum and this Letter, was Mailed to you with its Contents, therein, to be true, and Correct on the above date of July 31st, 2007.

    Under Penalities of Purjury as Provided by Law Pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, I swear the Above is True, and Correct. as its Contents, Attached, Herein.

    Signed on this 31st day of July, 2007.

        Respectfully Submitted,

        #Robert Warren
        B50436
        W.I.C.C.
        R.R.#4
        Box 196
        Mt. Sterling, Illinois
           62353

— Ex. A —

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: July 31st, 2007 | Offender: (Please Print) Robert W. Jones | ID#: B50436 |
|---|---|---|

| Present Facility: Western Illinois Corr. Center | Facility where grievance issue occurred: Stateville Corr. Ctr (F House/NRC) |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [x] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): Diet Denial Due Process and Religious

- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report _____ Facility where issued _____

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On the Above date this Offender Causes to File this Complaint Against Stateville Correctional Center, and All parties involved in this Matter, for the delibrate denial Of this Offender's Religious diet (Vegan) Where, there was no Valid Security reasons. Nor any reasons in fact to deny, When this Offender had Showed and produced proff On a ILL dept. Of Corrections Mem-orandum dated June 29th, 2007, Showing he was on a religious diet (Vegan)- Which is Attached to this Complaint. While on a Court Writ from Western Illinois Corr. Ctr. from July 4th to July 18th 2007 in the a.m. to Stateville Corr. Ctr. Where Such denial, Caused this Offender, to Undergo Mental, Emotion, Physical →

Relief Requested: To be Compensated for damages done Contained in this Complaint, and for the Violations Committed Herein; Never to be transfered to Stateville Corr. Ctr. or the N.R.C. on Court Writs or Any Purpose That May Arise requiring a Northern transfer

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    _____    ____ / ____ / ____
Offender's Signature            ID#                    Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** | | |
|---|---|---|
| Date Received: ____ / ____ / ____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____    _____    ____ / ____ / ____
Print Counselor's Name          Counselor's Signature    Date of Response

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: ____ / ____ / ____ | Is this determined to be of an emergency nature?  [ ] Yes; expedite emergency grievance  [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

_____    ____ / ____ / ____
Chief Administrative Officer's Signature        Date

ILLINOIS DEPARTMENT OF CORRECTIONS

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)



and Spiritual Stress, and Anguish to inflict bodily harm to himself, and to Lose Weight by being Under Nourished by such denial of his religious diet (Vegan), In Violation of this Offender's rights Pursuant to the United States Constitution Admendments 1st, 8th, and 14th, and Pursuant to the State Of Illinois Constitution Admendments, Article 1 Sec. 2, 3, 12 and 23, and Pursuant to the 20 Illinois Administrative Code of Corrections, Ch. 1 § 425.70 (a).

In Support of this Offender's Complaint, this Offender States the following to wit:

On July 3rd, 2007, this Offender was transfered to the Stateville Corr. Ctr. for a Court Writ on his State Criminal Case, And Was Placed at the Northern recieving and Classifications (N.R.C.) Part of Stateville. While at the N.R.C. this Offender had tried "Several times", to Obtain his Religious diet (Vegan) by Showing his Memorandum dated June 29, 2007, to "Several" Corr. Officers, and Was Denied his Religious diet (Vegan), this Offender's Religion is African-Hebrew Ismelite (Dts. Will Reflect this here), Saying that "No diets were Allowed at the N.R.C. Stateville" even After this Offender had Shown Proof of his Religion (See Memorandum Attached to this Complaint). This Offender Was forced to except a "Non-Vegan" tray when Meals were Served. On each tray, this Offender Was Only Allowed to eat About 10 percent of its Contents due to his Religious beliefs. This Offender, After Several days had become Very Mentally, Emotionally, and Spiritual Un-Stabbled, that this Offender had Committed bodily harm to himself by Cutting his Left Wrist, and Was Put on Suicide Watch for this act, and Was Seen by Psychologist, Timothy Cummings, at the Health Care Unit Where this Offender Was Placed. This Offender had Showed, and told Mr. Cummings the Memorandum, and Why he had Cut his Wrist, by Not recieving his diet (Vegan), by being denied it! by the Next Visit, Mr. Cummings had Noticed the Excessive Weight Lost, and Again had E-mailed the Chaplain Mr. Peterson, this was without reply. This Offender, Was Moved to Stateville F-House Cell #253. After Several days, On July 10th, this Offender recieved a Religious Contract for his Vegan diet, and had Signed Such, and Mail it to the Chaplain on Said date. On July 12th, 2007, This Offender had Left Stateville F-House #253, and Was transfered back to Western Illinois Corr. Ctr. Without recieving his Religious diet, even After he had Signed, and Mailed a Contract to, Mr. Peterson the Chaplain, at Stateville Corr. Ctr. in hope to recieve his diet (Vegan). = This Grievance/Complaint was Written with-in the 60 day Time Limitation as required by 20 Ill. Adm. Code ch. 1 Sec. 504. 810 (a).

I Under Penalty of Purjury Pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, I hereby declair, and Swear the Above to be true, and Correct.

Signed on this 29th day of July 2007. Robert L. Green



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Western Illinois Correctional Center  /  R. R. 4, Box 196  /  Mt. Sterling, IL 62353  /  Telephone: (217) 773-4441  /  TDD: (800) 526-0844

M E M O R A N D U M

DATE:       June 29, 2007

TO:          Offender Warren, B50436
             R3-A-29

FROM:       Larry Phillips
            Assistant Warden/Programs

SUBJECT:    **RELIGIOUS DIET**

This memorandum is being sent to you in order to reiterate that you were approved to receive a special diet (Vegan) based upon your religious beliefs effective May 18, 2007.  Participation is based upon the following guidelines.

## GUIDELINES

1.    You are required to sign for the receipt of your religious meal for breakfast, lunch, and dinner, unless you are housed in Segregation or the Infirmary, and should verify the contents prior to receiving said meal.
2.    All meals will be eaten in the Dietary dining hall unless there is an institutional lockdown; you are housed in Segregation, or housed in the Infirmary.
3.    You are to refrain from the intake of foods that do not meet the requirements of your diet unless medically necessary.
4.    Foods that do not meet the requirements of your religious diet are not to be in your possession.
5.    You should immediately notify my office, in the absence of a Facility Chaplain, of your desire to discontinue the diet for any reason.
6.    Portion size and food selection will be made in accordance with the diet guidelines.
7.    Food will be served on a regular tray.

Submitted for your information.

Larry Phillips
Assistant Warden/Programs

LP:pam

cc:    Shift Supervisors (7-3;3-11;11-7)
       Martha Fluckey, Dietary Manager
       Chaplain Twaddell
       MRF
       Chron File
       File

— EX. C —

November 15th, 2007

Re: Grievance dated July 31st, 2007
      (Religious diet denial)

Dear Administrative Review Board:

I am writing to you for the Status on the above mentioned Grievance. "Please" advise me "by return mail" the Status of this grievance, which had Occurred at Stateville Correctional Center, from July 4th, thru July 18th, 2007.

This Letter is being Sent to you from the Western Illinois Correctional Center on November 15, 2007.

Under Penalty of Purjury Pursuant to 735 ILCS 5/1-109 of the code of Civil Procedure, I swear the above is true and Correct.

Signed on this 15th day of November, 2007.

                                    #Robert Warren
                                    #B50436
                                    W.I.C.C.
                                    R.R.#4
                                    Box 196
                                    Mt. Sterling, Illinois
                                          62353

C.C.
File

— Ex. D —



**Illinois
Department of
Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Western Illinois Correctional Center / R. R. 4, Box 196 / Mt. Sterling, IL 62353/ Telephone: (217)773-4441 / TDD: (800)526-0844

# M E M O R A N D U M

**DATE:  December 20, 2007**

**TO:  Robert Warren, B50436
             REC-23**

**FROM:  William Twaddell, Chaplain**

**SUBJECT:  Your request slip.**

I am in receipt of your request slip forwarded to me by the Assistant Warden's office whereupon you ask about transference of your vegan diet to a facility where you are on a court writ.  Please be advised that no automatic procedure is in place.  You must inform either the Chaplain or the Dietary Manager (or both) at the facility where you are assigned that you are on a special religious diet and they will assign you to it at their convenience because you are receiving it here.

If you have any further questions you may send them to me via the request slip procedure.

**Cc:  Request File
          Chron File**



NAME _Warren_

REG. # _B50436_

Illinois Department of Corrections
**Inmate Legal/Privileged Mail Form**
Western Illinois Correctional Center

ALL LEGAL/PRIVILEGED MAIL MUST BE FLUOROSCOPED – INDICATING SUCH WITH YOUR INITIALS

| CORRESPONDENT/ADDRESS | INCOMING | | OUTGOING | |
|---|---|---|---|---|
| | DATE/INIT. | DATE/INIT. | DATE/INIT. | DATE/INIT. |
| Clerk | | | 5-18-07 ✗ 1-24-07 CC 11-14-07 ✗ 12-24-07 ✗ | |
| 219 S. Dearborn St.    Chgo IL | | | | |
| Ness, Atty. | 9-25-07 ✗ 1-2-07 ✗ 1-23-08 ✗ | | 5-18-08 CC 1-1-08 CC | |
| 555 Tyler Rd.    St. Charles IL | | | | |
| ??? | 5-21-07 ✗ 5-8-08 ✗ | → | 7-11-07 ✗ 11-16-07 ✗ 1-31-08 ✗ 2-13-08 ✗ | ← |
| Kathleen Zellner Atty | | → | 5-1-07 ✗ 12-1-07 CC 1- | ← 1-7-08 CC returned 1-14-08 |
| 1717 N. Naper Blvd. No. Naperville Il | | | | |
| L. Ainsworth atty    Lovery & Lovery | 1-31-08 ✗ | | * 1-22-08 ✗ | |
| 312 N. May St.    Chgo IL | | | | |
| Cooper - Atty | 2-14-08 ✗ | | 1-22-08 ✗ | |
| 400 May Mart Dr.    Rochelle IL | | | | |
| Esposito - Atty | | | * 1-22-08 ✗ | |
| 650 Dundee Rd    Northbrook IL | | | | |
| Sotiras - atty | | | * 1-22-08 ✗ | |
| 111 W. Wash    Chgo IL | | | | |
| Sotoodeh - Atty | | | * 1-22-08 ✗ | |
| 70 W. Madison St.    Chgo IL | | | | |
| Flaxman | | | * 1-22-08 ✗ | |
| 200 S. Michigan Ave    Chgo IL | | | | |
| Zellner | | | * 1-22-08 ✗ | |
| 2215 York Rd.    Oak Brook, IL | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

— EX. G —

WIL-0021 (EFF. 11/01)

January 31st, 2008

Re: Grievance dated July 31st, 2007.
    (Religious diet denial.)

Dear Administrative Review Board:

   I am writing to you to advise you that, you have had my grievance for six (6) months, as defined in 20 Illinois Administrative Code of Corrections Ch. 1 Sec. 504.850 (f). (Appeals) pg. 135, Offender's Orientation Manual).

   I would very much like a response to my grievance dated July 31st, 2007, (Religious diet denial), while on a Court writ to Stateville Corr. Center, from July 3rd to July 18th, 2007. "Please", Respond as Soon as Possible...

   This Letter is being Sent to you from the Western Illinois Correctional Center on January 31st, 2008.

   Under Penalty of Purjury Pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, I swear the above is true and Correct.

   Signed on this 31st. day of January, 2008.

please send me another one w/ proof of service + full review

Thanks

I talked to C/o Goins about this one

C.C.
File

RECEIVED

FEB - 4 2008

OFFICE OF
INMATE ISSUES

EX. H—

Robert Wanen
B50436
W.I.C.C.
R.R.#4
Box 196
Mt. Sterling, Illinois
G23535

B50436

w.I.L. - c.c. -
Robert Warner
2-B-77

Illinois
Department of
Corrections

ADMINISTRATIVE REVIEW BOARD
1301 CONCORDIA COURT
P.O. BOX 19277
SPRINGFIELD, IL 62794-9277

— EX. H —

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

S T A   N R C _____ Center

Offender Information:

Warren _____ Robert _____ MI ___ ID#: R50436
Last Name          First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/4/7 6⁰⁰p | CMT NOTE | P. Clean Betadine |
| | S. I cut my wrist with | Basotration Ointment |
| | a Broken spoon. | Band Aid. |
| | O. A&OX3 ⊖ signs of distress | F/U MD/SC. |
| | 5 superficial laceration | F/U psych |
| | Ⓛ wrist | F/m placed 10 min W/l br |
| | ⊖ Bleeding at this | |
| | time. | |
| | 1 in scrape Ⓛ knee | |
| | ⊖ other laceration | |
| | or abrasions noted. | |
| | A- laceration Ⓛ wrist. | R ___ CMT |
| 7-8-07 8⁰⁰pm | ~~Rtn~~ Rtn to psych w/o chart. | ___ |
| | | |
| | | |
| | | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

S T A  N R C _____ Center

Offender Information:

Weaver _____ Robert _____ ID#: BS6436
Last Name            First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/8/07 | sub - (L) P arm swelling + | |
| see note on | soreness after Td booster | |
| Reports NKA | - feels fine otherwise | |
| | obj - Pleasant gentleman | |
| | in no distress - cooperative | |
| | superficial lacerations - | |
| | healing well (L) wrist | |
| | - (L) bicep c̄ small amount | |
| | of erythema - Blanches well | |
| | - mildly swollen - no | |
| | evidence of cellulitis — | |
| | Ass - ? Reaction to Td booster | |
| | Plan - Motrin 600mg q 6-8hrs | |
| | x 1 day c̄ food - | |
| | Patty Mybrin | |

— EX. J —

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7167)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**



_____ S T A  N R C _____ Center

Offender Information:

Warren                    Robert              ID#: B5043
Last Name                 First Name     MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-4-07 | cont note | Cont Monitor |
| 7p | ⑤ What? | |
| | ⓞ standing by cell door | |
| | Ⓐ Psych obs | D Garner cont |
| 07/04/07 | ⑤ φ | Ⓟ monitor |
| 11³⁰pm | ⓞ Movement noted. φ Distress | |
| | Ⓐ Psych obs. | N-N-prelim |
| 7.5.07 | s) φ | cl observe |
| 7¹⁵ₐ | c) N/S A×o A/W) | |
| | pt Ⓡ o/s | |
| | A) psych obs - 10° | |
| | Psychiatry | Ⓟ ① D/C 10'S/W |
| 7/5/07 | 38yr WM. Upset re: his | ② Begin 15' c/s |
| 10²⁵ | diet. Should be on a vegan | ⑧ psych/meds |
| | diet according to IDOC. No | |
| | suicidal thoughts. Sleep poor. | |
| | Appetite good. | |
| | MSE: A×o×3 Cooperative soft | |
| | speech To linear TC φSI | |
| | A) Adjustment D/o | |

- EX. K -

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

(110)

S T A   N R C _____ Center

| Offender Information: | | |
|---|---|---|
| Warren | Robert | B50436 |
| Last Name | First Name | MI    ID#: ____ |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 07/25/07 4⁵⁵pm | (S) "ok" | (P) Monitor |
| | (O) Resident sitting on bed | |
| | φ Distress, φ Complaints | N. Nefzmlynt |
| | (A) Psych. obs. | |
| | — CMT Note — | |
| 7/6/07 3³⁰pm | S) θ | P) con't to monitor |
| | O) I/m appears to be sleeping | |
| | Breathing Easily | |
| | A) psych obs | C. Kiff CMT |
| 7/6/07 / 10a | PSYCHOLOGY NOTE | 1) Maintain 15' watch and F/u as |
| | (S)(O) I/M seen for PO review. | needed/requested. |
| | (A) Continues to take issue of not | |
| | having been issued special diet | |
| | he had received @ Western C.C. States | |
| | he will go on hunger strike if this | |
| | is not resolved. Will confer w/ | |
| | chaplaincy staff about diet and will | |
| | continue to follow as needed. | |
| 7/1/07 4p | S) θ    O) I/m laying on bunk | P) Con't to monitor |
| | C) OCA. | |
| | A) Psych obs | Wells |

Printed on Recycled Paper

— EX. L —

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ S T A  N R C _____ Center

Offender Information:

Last Name: [illegible]    First Name: [illegible]    MI: ___    ID#: B50[illegible]

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/7/07 5:00 AM | — CMT Note — <br> S) Ø <br> O) I/m appears to be sleeping Breathing Easily <br> A) psych obs | P) con't to monitor <br><br> C. [illegible] /.CMT |
| 7/7/07 | S) Ø | [illegible] |
| | O) awoken for VS — <br> 110/80, 72 16 98°/. <br> P) psych obs — 15° | [signature] |
| 7/7/07 9 AM | Psych NN <br> S) Pt seen this word is hyper, euphoric SI/HI/plan, den AH/VH del. <br> O: A+O×3, impulsive, S/J pestal. <br> A: Mod D/o NRS | Plan: <br> Cont. close supervis. <br> [illegible] <br><br> [signature] |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ S T A   N R C _____ Center

Offender Information:

Warren            Robert          ID#: B50436
_____Last Name_____    ____First Name____    __MI__

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-7-07 | Cm T Note | Con. Monitor |
| 4:30p | S) Quiet | |
| | O) awake | |
| | A) Psych obs | D Barnes CMT |
| 7/8/07 4:00pm | S) Ø  ← Cm T Note – | Pt con't to monitor |
| | O) I/m appears to be sleeping | |
| | Breathing Easily | |
| | A) psych obs | C. Kyl EMT |
| 7-5-07 | Cm T Notes: | P) Ø Referred to NP |
| 8:00/hrs | S) "That nurse the other day | ② Vitals taken c stable. |
| BP: 140/73 | gave me a tetanus shot and my | |
| P: 84 | arm is really starting to swell" | |
| R: 16 | O) Pt L tricep below injection | |
| T: 98.5 | is swollen warm c red. No s0s. | |
| | A.o x 3 | |
| | A) Infection/ Allergic Reaction? | J. Shehy EMT |

Printed on Recycled Paper    – EX. N –

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

(110)

_____ S T A N R C _____  **Center**

| Offender Information: | | |
|---|---|---|
| Warren | Robert | B 5C436 |
| Last Name | First Name  MI | ID#: |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 07/08/07 3:43pm | (S) "ok" | (P) Monitor |
| | (O) Resident resting in bed | |
| | ∅ Distress, ∅ Complaints | |
| | (A) Psych. obs. | N. NeffffffT |
| 9 July 07 ♂ 45 A | S~ I'm alright | P. monitor |
| | O~ Laying on bunk in cell. ∅ NAD | |
| | ∅ C/o. | |
| | A. close supervision | Bye out |
| 7-9-07 | Cont Notes | Plo Continue observation. |
| 7:30 AM | S)*A I need to talk to I A" | |
| | O)Pt. A,0x3 NAD | |
| | A) Psych Obs. | Sh |
| 7/9/07 / 12p | [PSYCHOLOGY NOTE] (S)(O) I/V seen in F/U for PO review. (A) Remains distressed over not receiving his "vegan" diet but not endorsing any present psych/med sx+/or stating that he has been expressing any active SI or HI. Will try to reyuden holding unit — | (P) D/C 15' watch. Will require clinic status in diet request not continue to follow as needed/requested. |

b)    The Chief Administrative Officer shall expedite processing of the grievance and respond to the offender, indicating what action shall be or has been taken.

(Source:  Amended at 27 Ill. Reg. 6214, effective May 1, 2003)

## Section 504.850  Appeals

a)    If, after receiving the response of the Chief Administrative Officer, the offender still feels that the problem, complaint or grievance has not been resolved to his or her satisfaction, he or she may appeal in writing to the Director within 30 days after the date of the decision.  Copies of the Grievance Officer's report and the Chief Administrative Officer's decision should be attached.

b)    The Director shall review the grievance and the responses of the Grievance Officer and Chief Administrative Officer and shall determine whether the grievance requires a hearing before the Administrative Review Board.  If it is determined that the grievance is without merit or can be resolved without a hearing, the offender shall be advised of this disposition, in writing.

c)    An Administrative Review Board shall be appointed by the Director.  One member of the Board may be a citizen from the community.  A Department member shall be designated as chairperson.

d)    The Administrative Review Board shall meet as frequently as necessary and may schedule hearings on grievances.  Hearings may be conducted in person or via video or telephonic conference.  The Board may call witnesses or examine records at its discretion.

e)    The Administrative Review Board shall submit to the Director a written report of its findings and recommendations.

f)    The Director shall review the findings and recommendations of the Board and make a final determination of the grievance within 6 months after receipt of the appealed grievance, where reasonably feasible under the circumstances.  The offender shall be sent a copy of the Director's decision.

g)    In those instances where an offender is appealing a grievance determined by the Chief Administrative Officer to be of an emergency nature, the Administrative Review Board shall expedite processing of the grievance.

(Source:  Amended at 27 Ill. Reg. 6214, effective May 1, 2003)

## Section 504.860  Records

— EX. P —

Robert A. Warren
B50436
Pontiac Correctional Center
P.O. Box 99
Pontiac, Illinois   61764

April 15, 2008

Lisa Madigan, Attorney General
Illinois Attorney General's office
100 West Randolph Street,  12th Floor
Chicago, Illinois        60601

Re: <u>NOTICE OF INTENT</u>

Hello Attorney Madigan:

    I am writing to you Pursuant to the Illinois tort Immunity Act, Ch. 745 ILCS 10/1-101 et seq, and 745 ILCS 10/8-101.

    I am informing you that I do intend to bring a 42 U.S.C. § 1983 civil rights Complaint in the Northern district of Illinois, Eastern division. against nine (9) employees in the department of Corrections for Deliberate Indiff-erence to my health, and dietary needs, in violation of the 8th Amendment Protections established in the United States constitution bill of rights.

    My grievance dated July 31, 2007, with an I.d.o.c. memorandum dated June 29, 2007, with various exhibits attached to my Complaint will be filed, along with a motion for appointment of counsel, and motion for In forma pauperis, within One-year from its Commenced of the injury.

- EX. Q -

this took place while on a Court writ from Western Ill. Corr. Center, to Stateville Corr. Center, from July 3rd, to July 18th, 2007. the One-year time Limitation had begain on July 3rd, 2007, and expire on July 3rd, 2008, Pursuant to BOYCE V. FAIRMAN, 24 F. Supp. 2d 880 (1998).

Respectfully Submitted,

Robert A. Warren

C.C.
FiLe;
Complaint, as an exhibit.

Under Penalty of Perjury Pursuant to
735 ILCS 5/1-109 of the Code of Civil Procedure,
I swear that the Contents Contained herein, is
true and Correct, and that this, NOTICE OF INTENT,
was Sent to Lisa Madigan, From Pontiac Corr. Ctr.
on the 15th day of April, 2008.

Signed on this 15th day of April, 2008.

Robert A. Warren
#B50436

-Ex. Q-

SEND COPY BACK
TO ME!

- LEGAL MAiL -

217

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Authorization for Payment**

Date April 15, 2008

Posting Document #

Offender Name Warren, Robert    ID# B50436    Housing Unit Ech: 217

Pay to

Address

City, State, Zip

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of

☑ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature Robert A. Warren    ID# B50436, E-217

Witness Signature    535 154

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature    4/16/08

Postage applied in the amount of _____ dollars and 41 cents

TO: Lisa Madigan, Attorney General " NOTICE OF INTENT"

Distribution: Business Office; Offender

DOC 0296 (Cff. 1/2006)
(Replaces DC 626)

Printed on Recycled Paper

- EX. R -

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT A. WARREN, #B-50436,
    PRO-SE      Plaintiff,

v.

CHAPLAIN PETERSON,
ROGER E. WALKER JR.,
JOHN DOE #1,
JANE DOE #1,
JOHN DOE #2,
JANE DOE #2,
JOHN DOE #3,
JANE DOE #3,
JACKIE MILLER,

Individually and in their
Official Capacities,
                Defendant's.

Case No. _____
Judge. _____

## NOTICE OF FILING

TO. Clerk of Court, U.S. District Court house
    219 South Dearborn Street Attn. Prisoner Correspondence office
    Chicago, Illinois   60604

**PLEASE TAKE NOTICE,** That the Plaintiff had Caused to file
the attached, **PRO-SE 1983 COMPLAINT**, with the Clerk of Court
for the Northern District of Illinois, Eastern Division on the **27th**
day of ___April___ , 2008.

                                Robert A. Warren
                                #B-50436
                                Pontiac Corr. Ctr.
                                P.O. Box 99
                                Pontiac, Illinois
                                    61764

# CERTIFICATE OF SERVICE

I, Robert A. Warren #B50436, the Plaintiff, being first duly sworn, upon oath deposed and affirms, that he has mailed an Original and two copies of the attached 1983 complaint with the Clerk of Court, with an Additional (9) Copies to be served upon the Named-Defendants, by mailing such from the Pontiac Correctional Center, properly address as indicated on the 27th day of _____April_____, 2008.

Under Penalties of Perjury pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, I do hereby declare that the above is true and correct.

Signed on this 27th day of _____April_____, 2008.

Robert A. Warren
#B50436
Plaintiff
PRO-SE