**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

FILED
MAY 0 2 2008
May 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | ROBERT A. WARREN | **Defendant(s):** | CHAPLAIN PETERSON, et al. |
| **County of Residence:** | LIVINGSTON | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Robert A. Warren
B-50436
Pontiac - PON
P.O. Box 99
Pontiac, IL 61764

Illinois Department of Corrections
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV2518
JUDGE HART
MAGISTRATE JUDGE COX

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:** *Q. E. Woodham* **Date:** 04/30/2008

Can NOT go to Zagel