FILED

1/18/02

APR 3 0 2008 *aew*
Apr 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Robert A. Warren, #B50436
Plaintiff   PRO-SE

v.

Chaplain Peterson, Roger E. Walker Jr.,
John Doe #1, Jane Doe #1, John Doe #2, Jane Doe #2,
John Doe #3, Jane Doe #3, Jackie Miller,
Defendant(s) Individually and in
their Official Capacities.

08CV2518
JUDGE HART
MAGISTRATE JUDGE COX

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Robert A. Warren, B50436, declare that I am the ■plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ■ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ■Yes   ☐No   (If "No," go to Question 2)
   I.D. # B50436   Name of prison or jail: Pontiac Correctional Center
   Do you receive any payment from the institution? ☐Yes ■No   Monthly amount: N/A

2. Are you currently employed?   ☐Yes   ■No
   Monthly salary or wages: N/A
   Name and address of employer: N/A

   a. If the answer is "No":
      Date of last employment: June, 2001
      Monthly salary or wages: $30.00
      Name and address of last employer: Menard Correctional Center

   b. Are you married?   ☐Yes   ■No
      Spouse's monthly salary or wages: N/A
      Name and address of employer: N/A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes   ■No
      Amount_____   Received by_____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ■No
Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ■No
Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                ☐Yes    ■No
Amount_____ Received by_____

    e.    ☐ Gifts or ☐ inheritances    ☐Yes    ■No
Amount_____ Received by_____

    f.    ☐Any other sources (state source:_____)    ☐Yes    ■No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ■No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ■No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ■No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                ☐Yes    ■No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ■No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: April 27th, 2008

Robert A. Warren
(Signature of Applicant)

Robert A. Warren
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Robert Warren, I.D.# B50436, has the sum of $ -.10 on account to his/her credit at (name of institution) Pontiac Corr Center. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ 3.67.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

4/11/08
DATE

Janet Jones
SIGNATURE OF AUTHORIZED OFFICER

JANET JONES
(Print name)

rev. 7/18/02

-3-

# Pontiac Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 10/11/2007 thru End;  Inmate: B50436;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: B50436 Warren, Robert**          **Housing Unit: PON-E -02-17**

|  |  |
|---|---:|
| Total Inmate Funds: | .00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .40 |
| Funds Available: | -.40 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

### RESTITUTIONS

| Rest. # | Vendor | Transaction | Tran. Date | Amount | Balance |
|---|---|---|---|---|---|
| 5334 | 99999 DOC: 523 Fund Inmate R | Beginning Balance | 11/13/2002 | 276.12 | .00 |
|  |  |  |  | Total: | .00 |

### RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 04/07/2008 | 535243 | Disb | Library | 2 DOC: 523 Fund Library | $0.40 |
|  |  |  |  | Total Restrictions: | $0.40 |

Date: 4/11/2008
Time: 12:44pm
d_list_inmate_trans_statement_composite

Case 1:08-cv-02518 Document 3-2 Filed 04/30/2008 Page 5 of 6

Western Illinois Correctional Center
Trust Fund
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: Start thru End; Inmate: B50436; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: B50436 Warren, Robert**  **Housing Unit: WIL-R -01-22**  **Transferred**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 06/08/07 | Payroll | 20 Payroll Adjustment | 159133 | | P/R month of 05/2007 | 5.00 | 5.00 |
| 06/19/07 | Mail Room | 04 Intake and Transfers In | 170215 | 63370 | Pontiac C.C. | -99.14 | -94.14 |
| 07/13/07 | Payroll | 20 Payroll Adjustment | 194130 | | P/R month of 06/2007 | 4.59 | -89.55 |
| 08/10/07 | Payroll | 20 Payroll Adjustment | 222133 | | P/R month of 07/2007 | 2.89 | -86.66 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257133 | | P/R month of 08/2007 | 5.00 | -81.66 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285133 | | P/R month of 09/2007 | 5.00 | -76.66 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313133 | | P/R month of 10/2007 | 5.00 | -71.66 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341133 | | P/R month of 11/2007 | 5.00 | -66.66 |
| 01/11/08 | Payroll | 20 Payroll Adjustment | 011133 | | P/R month of 12/2007 | 1.36 | -65.30 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039153 | | P/R month of 01/2008 | 2.38 | -62.92 |
| 03/07/08 | Payroll | 20 Payroll Adjustment | 067153 | | P/R month of 02/2008 | 3.23 | -59.69 |

| | |
|---|---|
| Total Inmate Funds: | -59.69 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | -59.69 |
| Funds Available: | .00 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 07/24/2007 | 117 | Disb | Legal Postage | 7606 CMRS-PBP  Acct. #36242386 | $0.41 |
| 08/01/2007 | 190 | Disb | Legal Postage | 7606 CMRS-PBP  Acct. #36242386 | $0.41 |
| 08/01/2007 | 190 | Disb | Legal Postage | 7606 CMRS-PBP  Acct. #36242386 | $1.31 |
| 08/01/2007 | 192 | Disb | copies | 2 DOC: 523 Fund Library | $3.30 |
| 10/02/2007 | 808 | Disb | Legal Postage | 7606 CMRS-PBP  Acct. #36242386 | $1.48 |
| 11/14/2007 | 1308 | Disb | Library | 2 DOC: 523 Fund Library | $0.05 |
| 11/14/2007 | 1312 | Disb | Legal Postage | 7606 CMRS-PBP  Acct. #36242386 | $0.41 |
| 11/19/2007 | 1369 | Disb | Legal Postage | 7606 CMRS-PBP  Acct. #36242386 | $0.41 |
| 11/20/2007 | 1375 | Disb | copies | 2 DOC: 523 Fund Library | $0.60 |
| 12/05/2007 | 1544 | Disb | copies | 2 DOC: 523 Fund Library | $1.60 |
| 12/19/2007 | 1715 | Disb | Library | 2 DOC: 523 Fund Library | $0.15 |
| 12/26/2007 | 1742 | Disb | Legal Postage | 7606 CMRS-PBP  Acct. #36242386 | $0.41 |
| 01/07/2008 | 1868 | Disb | Library | 2 DOC: 523 Fund Library | $0.85 |
| 01/10/2008 | 1891 | Disb | Legal Postage | 7606 CMRS-PBP  Acct. #36242386 | $0.82 |
| 01/17/2008 | 1977 | Disb | Legal Copies | 2 DOC: 523 Fund Library | $3.95 |
| 01/23/2008 | 2054 | Disb | Legal Postage | 7606 CMRS-PBP  Acct. #36242386 | $2.87 |
| 01/25/2008 | 2096 | Disb | copies | 2 DOC: 523 Fund Library | $0.20 |
| 01/25/2008 | 2099 | Disb | copies | 2 DOC: 523 Fund Library | $0.05 |
| 02/01/2008 | 2124 | Disb | Legal Postage | 7606 CMRS-PBP  Acct. #36242386 | $0.41 |

| | | | | |
|---|---|---|---|---|
| Date: 4/11/2008 | | Western Illinois Correctional Center | | Page 2 |
| Time: 12:44pm | | Trust Fund | | |
| d_list_inmate_trans_statement_composite | | Inmate Transaction Statement | | |

REPORT CRITERIA - Date: Start thru End;   Inmate: B50436;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B50436 Warren, Robert**              **Housing Unit: WIL-R -01-22**              **Transferred**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 02/05/2008 | 2168 | Disb | copies | 2 DOC: 523 Fund Library | $0.35 |
| 02/15/2008 | 2280 | Disb | Legal Postage | 7606 CMRS-PBP Acct. #36242386 | $0.41 |
| 03/04/2008 | 2513 | Disb | Legal Postage | 7606 CMRS-PBP Acct. #36242386 | $0.41 |
| 03/05/2008 | 2514 | Disb | copies | 2 DOC: 523 Fund Library | $0.70 |
| 03/11/2008 | 2590 | Disb | copies | 2 DOC: 523 Fund Library | $2.40 |
| 03/12/2008 | 2599 | Disb | Legal Postage | 7606 CMRS-PBP Acct. #36242386 | $0.58 |
| 03/14/2008 | 2650 | Disb | Legal Postage | 7606 CMRS-PBP Acct. #36242386 | $0.41 |
| 03/25/2008 | | Disb | Transfer Inmate | 27 Pontiac Correctional Center | ($64.64) |
| | | | | **Total Restrictions:** | **($59.69)** |