IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MHW

UNITED STATES OF AMERICA ex rel.,
ROBERT A. WARREN, #B50436,
   Plaintiff,

v.

CHAPLAIN PETERSON, et al.,
   Defendants.

FILED
6-2-2008
JUN 2 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No. 08C2518

The Honorable
William T. Hart
Judge Presiding.

## NOTICE OF FILING

To:

ATTORNEY GENERAL'S OFFICE
100 West Randolph Street, 12th Floor
Chicago, Illinois    60601

PLEASE TAKE NOTICE, That the Plaintiff causes to file the attached PRO-SE motion, <u>MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT</u>, with the Clerk of the Court for the Northern District of Illinois, Eastern Division on the 26th day of May, 2008.

By:
Robert A. Warren
B50436
Pontiac Corr. Ctr.
P.O. Box 99
Pontiac, Illinois
61764

# PROOF OF SERVICE

The Undersigned being first duly sworn upon oath, deposes and states that a Copy of the, MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT, was served upon the above-named party by mailing such Copy from the Pontiac Correctional Center and bearing sufficient postage on the 26th day of May, 2008.

Under Penalty of Perjury Pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, I swear the above is true.

Signed on this 26th day of May, 2008.

Robert A. Warren
#B50436
PLAINTIFF


PRO-SE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
6-2-2008
JUN 2 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA ex rel.,
ROBERT A. WARREN, #B50436,
Plaintiff,

v.

Case No. 08C2518

The Honorable
William T. Hart
Judge Presiding.

CHAPLAIN PETERSON, et al.,
Defendants.

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff, Robert A. Warren #B50436, Pursuant to rules 15(a) and 19(a), of the Federal Rules of Civil Procedure, respectfully moves this Honorable, for Leave to file an Amended Complaint, adding more facts and a Legal Claim, Herein,

IN SUPPORT THEREOF, Plaintiff States as follows:

1. The Plaintiff in his Original Complaint, had named Chaplain Peterson, as a defendant.

2. Since the filing of the Complaint, the Plaintiff has determined that more facts and a Legal Claim, against the defendant, must be added and amended to reflect the conduct that give rise to the Constitutional violations

1.

against the Plaintiff, which had occured at the Stateville Correctional Center from July 3rd to the 18th, 2007, while on a Court writ.

3. The Following facts, and Legal claim are Amended, Page 7, #4, to relect the Conduct and actions of the defendant, Chaplain Peterson.

...When the Plaintiff had seen Psychologist Timothy Cummings at the health care unit at the N.R.C. Building for cutting his wrist (Left) because he was mentally and emotionlly stressed and had Complained about not recieving his religious Vegan diet. Plaintiff had shown Mr. Cummings an I.d.o.C. memorandum dated June 29, 2007, Proving he was on a religious Vegan diet. Mr. Cummings had seen the Plaintiff on more then one occasion, and that Mr. Cummings Noticed the excessive weight Loss, by the Plaintiff not eating adequately, Plaintiff was not recieving his Religious Vegan diet. Mr. Cummings had "Personally", on more then one occasion, had e-mailed Chaplain Peterson advising him of Plaintiff's condition and situation, without a responds. Plaintiff was moved to F-House in hope to recieve his Religious Vegan diet. because no diets were allowed at the N.R.C. Part of Stateville.

The defendant Chaplain Peterson took a stance

2.

of deliberate Indiffrence towards the health and dietary needs of the Plaintiff when Chaplain Peterson did not respond reasonable to the e-mails sent to him by Psychologist, Timothy Cummings, when the situation at hand was obvious, that the Chaplain Peterson needed to respond in order to have a Religious Vegan diet for the Plaintiff, which subjected Plaintiff to lose excessive weight and undergo mental, emotional, anguish and distress, Pain from hunger without aduquate food in order to maintain his normal health, without Penological Justification, in Violation of the 8th Amendment to the United States Constitution Bill of rights. While Plaintiff was at the Stateville Correctional Center from July 3rd to the 18th 2007.

4. This court should grant leave freely to amend a complaint pursuant to FOMAN v. DAVIS, 371 U.S. 178, 182 (1962).

Respectfully Submitted,

Robert A. Warren
#B50436
Pontiac Correctional Center
P.O. Box 99
Pontiac, Illinois 61764

Under Penalties of Perjury, I hereby VERIFY this Amended Complaint on the 26th day of May, 2008.

Robert A. Warren

3.