## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT A. WARREN, B50436, | ) | |
| | ) | No. 08 C 2518 |
| Plaintiff, | ) | |
| | ) | Hon. William T. Hart |
| v. | ) | Judge Presiding |
| | ) | |
| CHAPLAIN PETERSON    et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JURY DEMAND

NOW COME the defendants, ROGER E. WALKER and JACKIE MILLER, by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, and hereby demand a jury trial in this cause on all issues so triable.

                                            Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois        By:   s/ Camile Lindsay
                                                  CAMILE J. LINDSAY
                                                  Assistant Attorney General
                                                  General Law Bureau
                                                  100 West Randolph Street, 13th Fl.
                                                  Chicago, Illinois 60601
                                                  (312) 814-4329