IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT A. WARREN B50436, | ) |
| | ) No. 08 C 2518 |
| Plaintiff, | ) |
| | ) Hon. William T. Hart |
| v. | ) Judge Presiding |
| | ) |
| CHAPLAIN PETERSON, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING

TO:  Robert A. Warren B50436
Pontiac
PO Box 99
Pontiac, IL 61764

**PLEASE TAKE NOTICE** that on June 12, 2008, the attached **APPEARANCE AND JURY DEMAND**, was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois            By:    s/Camile Lindsay
                                               CAMILE LINDSAY
                                               Assistant Attorney General
                                               General Law Bureau
                                               100 West Randolph Street, 13th Fl.
                                               Chicago, Illinois 60601
                                               (312) 814-4329

### CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on June 12, 2008.

                                               s/Camile Lindsay