**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT A. WARREN, B50436, | ) | |
| | ) | No. 08 C 2518 |
| Plaintiff, | ) | |
| | ) | Hon. William T. Hart |
| v. | ) | Judge Presiding |
| | ) | |
| CHAPLAIN PETERSON    et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>JURY DEMAND</u>**

NOW COMES the defendant, CHARLES PETERSON, by and through his attorney, LISA

MADIGAN, Attorney General of the State of Illinois, and hereby demand a jury trial in this cause

on all issues so triable.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois          By:      s/ Camile Lindsay
                                                CAMILE J. LINDSAY
                                                Assistant Attorney General
                                                General Law Bureau
                                                100 West Randolph Street, 13th Fl.
                                                Chicago, Illinois 60601
                                                (312) 814-4329