

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ex rel.,
ROBERT A. WARREN, #B50436,
PRO-SE                Plaintiff,

v.

CHAPLAIN PETERSON, et al.,
                Defendants.

**FILED**
JUN 1 3 2008
Jun 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No. 08C2518

The Honorable
William T. Hart
Judge Presiding.

## NOTICE OF FILING

TO:
Clerk of Court, U.S. District Court House
Attn: PRISONER CORRESPONDENCE OFFICE
219 South dearborn Street
Chicago, Illinois    60604

PLEASE TAKE NOTICE That the Plaintiff had caused to file the attached Pro-se, <u>MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT</u>, with the Clerk of Court for the Northern district of Illinois, Eastern division on the 8th day of June, 2008.

Robert A. Warren
#B50436
Pontiac Corr Ctr.
P.O. Box 99
Pontiac, Illinois
61764

# PROOF OF SERVICE

I, Robert A. Warren #B50436, Plaintiff, being first duly sworn upon Oath, deposed and affirms, that he has mailed an Original and two Copies of the attached Pro-se, MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT, with the Clerk of Court, with an additional (3) Copies to be served upon the (3) named-defendants, herein, by mailing such from the Pontiac Correctional Center, properly addressed as indicated on the 8th day of June, 2008.

Under Penalties of Perjury Pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, I do hereby declare that the above is true and correct.

Signed on this 8th day of June, 2008.

Robert A. Warren
B50436
PLAINTIFF

PRO-SE



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 13 2008
Jun 13. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA ex rel.,
ROBERT A. WARREN, #B50436,
PRO-SE       Plaintiff,

v.                                    Case No. 08C2518

                                      The Honorable
CHAPLAIN PETERSON, et al.,            William T. Hart
            Defendants.               Judge Presiding.

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff, Robert A. Warren #B50436, pursuant to rules 15(a) and 19(a), of the Federal Rules of Civil Procedure, respectfully moves this Honorable, for Leave to file an Amended Complaint, adding more facts and a Legal Claim, herein,

IN SUPPORT THEREOF, Plaintiff states as follows:

1. The Plaintiff in his Original Complaint, had named Chaplain Peterson, as a defendant.

2. Since the filing of the Complaint, the Plaintiff has determined that more facts and a Legal Claim, against the defendant, must be added and amended to reflect the conduct that give rise to the Constitutional violations

1.

against the Plaintiff, which had occured at the Stateville Correctional Center from July 3rd to the 18th, 2007, while on a Court writ.

3. The Following facts, and Legal claim are Amended, Page 7, #4, to relect the Conduct and actions of the defendant, Chaplain Peterson.

...When the Plaintiff had seen Psychologist Timothy Cummings at the health Care unit at the N.R.C. Building for cutting his wrist (Left) because he was mentally and emotionlly stressed and had complained about not recieving his religious Vegan diet. Plaintiff had shown Mr. Cummings an I.d.o.c. memorandum dated June 29, 2007, Proving he was on a religious Vegan diet. Mr. Cummings had seen the Plaintiff on more then one Occasion, and that Mr. Cummings noticed the excessive weight Loss, by the Plaintiff not eating adequately, Plaintiff was not recieving his Religious Vegan diet. Mr. Cummings had "Personally", on more then one Occasion, had e-mailed Chaplain Peterson advising him of Plaintiff's condition and situation, without a responds. Plaintiff was moved to F-House in hope to recieve his Religious Vegan diet. because no diets were allowed at the N.R.C. Part of Stateville.

The defendant Chaplain Peterson took a Stance

2.

of deliberate indifference towards the health and dietary needs of the Plaintiff when Chaplain Peterson did not respond reasonable to the e-mails sent to him by Psychologist, Timothy Cummings, when the situation at hand was obvious, that the Chaplain Peterson needed to respond in order to have a Religious Vegan diet for the Plaintiff, which subjected Plaintiff to lose excessive weight, and under mental, emotional anguish and distress, pain from hunger, without aduquate food in order to maintain his normal health without penological Justification in violation of the 8th Amendment to the United States Constitution bill of rights. While Plaintiff was at the Stateville Correctional Center from July 3rd to the 18th, 2007.

4. This court should grant leave freely to amend a complaint pursuant to <u>FOMAN V. DAVIS</u>, 371 U.S. 178, 182 (1962).

Respectfully Submitted,

Robert A. Wamen
#B50436
Pontiac Correctional Center
P.O. Box 99
Pontiac Illinois  61764

Under Penalty of Purjury, I hereby <u>VERIFY</u> this Amended Complaint on the 8th day of June, 2008.

Robert A. Wamen

3.