IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT A. WARREN, #B50436,
PRO-SE          Plaintiff,

**FILED**
JUN 2 5 2008
JUN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

V.

Case No. 08C2518

CHAPLAIN PETERSON, et al.,
          Defendants.

The Honorable
William T. Hart
Judge Presiding.

## NOTICE OF FILING AND PROOF OF SERVICE

TO:
ATTORNEY GENERAL'S OFFICE
GENERAL LAW BUREAU, ATTN: CAMILE LINDSAY
100 West Randolph St.
13th Floor
Chicago, Illinois 60601

PLEASE TAKE NOTICE, that the attached AFFIDAVIT was filed with the Clerk of Court for the U.S. district court Northern district, Eastern Division on the 19th day of June, 2008.

Robert A. Warren
#B50436
Pontiac Corr Ctr.
P.O. Box 99
Pontiac, ILL.
61764

## PROOF OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served on the above named at address indicated on June 19, 2008.

Robert A. Warren

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ROBERT A. WARREN, #B50436,
PRO-SE          Plaintiff,

v.                                    Case No. 08C2518

                                      The Honorable
CHAPLAIN PETERSON, et.al.,   William T. Hart
              Defendants.    Judge Presiding

STATE OF ILLINOIS
COUNTY OF LIVINGSTON   **AFFIDAVIT**

I, Robert A. Warren, the Plaintiff, Herein, deposes and states the following under Penalty of Perjury and affirms the contents true and correct:

On the 8th of June, 2008, Plaintiff filed a motion for Leave to File an amended complaint with the Clerk of Court, which recieved on June 13, 2008. Plaintiff intends to send 3 copies of said motion to the Attorney General's office. One copy for each named-defendent, which was summons. Roger E. Walker, Jackie Miller and Chaplain Peterson. Which was sent on the 19 day of June, 2008.

Robert A. Warren
Plaintiff
PRO-SE