IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 3 0 2008
6-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ROBERT A. WARREN, B50436,
PRO-SE             Plaintiff,

V.                                   NO. 08 C 2518

CHAPLAIN PETERSON, et al.,           The Honorable
             Defendants              William T. Hart
                                     Judge Presiding

## NOTICE OF FILING

TO:
ATTORNEY GENERAL'S OFFICE
Attn: CAMILE LINDSAY, Asst. Attorney General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601

PLEASE TAKE NOTICE, That the Plaintiff had caused to file the attached Pro-se, MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT, with the Clerk of Court for the Northern District of Illinois, Eastern Division on the 23rd day of June, 2008.

BY: Robert A. Warren
#B50436
Pontiac Corr. Ctr.
P.O. Box 99
Pontiac, Illinois
61764

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 3 0 2008
6-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ROBERT A. WARREN, B50436,
PRO-SE          Plaintiff,

V.                                    No. 08 C 2518

                                      The Honorable
CHAPLAIN PETERSON, et al.,            William T. Hart
                    Defendants.       Judge Presiding.

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff, Robert A. Warren #B50436, Pro-se, respectfully moves this Honorable Court Pursuant to Rules 15(a), and 19(a), Fed. R. Civ. P. requests Leave to file an amended Complaint adding a party.

1. The Plaintiff in his original Complaint named a Chaplain Peterson defendant.

2. Since the filing of the Complaint the plaintiff has became aware of the full name and has determined that the name of the Chaplain Peterson is Charles Peterson. Paragraph 4 page 7 of the original Complaint., and paragraph 1 of page 1, and paragraph 3 of page 2 and 3 of the amended Complaint,

1.

and the caption name of the Complaint and Amended Complaint are amended to reflect the identity and the actions of the defendant Charles Peterson.

3. This Court should grant leave freely to amend a Complaint pursuant to <u>FOMAN V. DAVIS</u>, 371 U.S. 178, 182 (1962).

"Under Penalty of Perjury, I swear that the contents herein is true.

Signed on this 23rd day of June, 2008.

Robert A. Warren
B50436
PLAINTIFF

Robert A. Warren
B50436
Pontiac Corr. Ctr.
P.O. Box 99
Pontiac, Illinois
61764

<u>PRO-SE</u>

## PROOF OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the attached Pro-se Pleading was served upon the above-named at the address indicated by U.S. mail on June 23,rd 2008.

Robert A. Warren
B50436
PLAINTIFF