IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT A. WARREN B50436, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.08 C 2518 |
| ) | Judge William T. Hart |
| CHAPLAIN PETERSON, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:  Robert A. Warren B50436
     Pontiac
     PO Box 99
     Pontiac, IL 61764


PLEASE TAKE NOTICE that on the 23rd day of July, 2008 at 11:00a.m., I shall appear before the Honorable Judge William T. Hart or whomsoever may be sitting in his stead in room 2243 at 219 South Dearborn Street, Chicago, Illinois and then and there present the attached **Defendants' Motion to Dismiss**, a copy of which is attached and hereby served upon you.

LISA MADIGAN
Attorney General of Illinois              By:   s/Camile J.Lindsay
                                                CAMILE J. LINDSAY
                                                Assistant Attorney General
                                                General Law Bureau
                                                100 W. Randolph St., 13th Fl.
                                                Chicago, Illinois 60601
                                                (312) 814-4329

### CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on July18, 2008.

                                                s/Camile J. Lindsay