UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Robert A Warren

                        Plaintiff,

v.                                                      Case No.: 1:08–cv–02518
                                                             Honorable William T. Hart

Chaplain Peterson, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable William T. Hart:Motion hearing held on 7/23/2008. Briefing schedule set on defendants' motion to dismiss[21] as follows: plaintiff's response is due by 8/27/2008; defendants' reply is due by 9/10/2008; rule by mail.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.