IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 24 2008
JUL 2 4 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

ROBERT A. WARREN, #B50436,
PRO-SE          Plaintiff,

v.                                              No. 08 C 2518

CHAPLAIN PETERSON, et al.,
              Defendants.

The Honorable
William T. Hart
Judge Presiding.

## NOTICE OF FILING

TO:
ATTORNEY GENERAL'S OFFICE
General Law Bureau
ATTN: CAMILE LINDSAY, Asst. Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois  60601

PLEASE TAKE NOTICE, That the Plaintiff Causes to File the attached Pro-se Motion, <u>MOTION TO ANSWER WITH ORDER, AND DECLARATION FOR ENTRY OF DEFAULT</u>, with the Clerk of Court for the Northern District of Illinois, Eastern Divison on the 20th day of July, 2008.

BY:  Robert A. Warren
     B50436
     Pontiac Corr. Ctr.
     P.O. Box 99
     Pontiac, Illinois
     61764

# PROOF OF SERVICE

The Undersigned being duly sworn upon oath duly depose and states, that a copy of the attached pleading was served upon the above-named at the address indicated by U.S. mail on the 20th day of July, 2008.

Signed on this 20th day of July, 2008.

Robert A. Warren
B50436
PLAINTIFF

PRO-SE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT A. WARREN, #B50436,
   PRO-SE        Plaintiff

V.                                      No. 08C2518

CHAPLAIN PETERSON, et al.,    The Honorable
           Defendants.             William T. Hart
                                         Judge Presiding.

FILED
JUL 24 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO ANSWER

Now Comes Plaintiff, Robert A. Warren #B50436, Pro-se, and Respectfully moves this Honorable Court Pursuant to Rule 12,(a),(ii), of the federal Rules of Civil Procedure, with this motion for the defendants to answer Plaintiff Complaint and Amended Complaint, Herein,

IN SUPPORT THEREOF, Plaintiff states:

1. Plaintiff's Motion to file and Proceed informa Pauperis was granted. Plaintiff's Complaint under 42 U.S.C. § 1983 was filed. Summons was issued by the Court Clerk. The Court appointed the U.S. Marshal to serve three named-defendants, Roger E. Walker Jr., Jackie Miller, and Chaplain Peterson, on the 15th day of May, 2008.

2. On May 19th, 2008, the three-named defendants were

1.

Served by the U.S. Marshal with Summons, Plaintiff's Complaint and waiver. The Court's records will clearly indicate that on the 22nd day of May, 2008, waiver was obtained by defendant, Roger E. Walker Jr., On the 27th day of May, 2008, waiver was obtained by defendant, Jackie Miller., On the 23rd day of May, 2008, waiver was obtained by defendant, Chaplain Peterson, now known as Charles Peterson. the defendants, herein, have timely waived service under rule 4(d).

3. On June 12th, 2008, Appearances and Jury demands were filed on behalf of the three named-defendants by the office of the Illinois Attorney General, Lisa Madigan, Attorney of record for defendants, herein, is Assistant Attorney General Camile Lindsay.

4. Pursuant to Rule 12,(a),(ii), of the federal Rules of Civil Procedure it states:
    (A) A defendant must serve an answer:
    (ii) if it has timely waived service under rule 4(d), <u>within 60 days</u> after the request for waiver was sent.

Waiver was sent by the U.S. Marshal on the 19th day of May, 2008.

5. Plaintiff has not recieved an answer from the defendants to his Complaint or Amended Complaint as provided by rule 12(a)(ii)., more than 60 days has passed since the waivers were sent.

2.

<u>WHEREFORE</u>, Plaintiff respectfully prayes this honorable Court ORDERS the defendants to answer the Plaintiff's Complaint and amended Complaint within 21 days from the entry of its order, herein.

Robert A. Warren
#B50436
PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT A. WARREN, #B50436,
<u>PRO-SE</u>       Plaintiff,

v.                                       No. 08C 2518

                                         The Honorable
                                         William T. Hart
CHAPLAIN PETERSON, et al.,               Judge Presiding.
         Defendants.

## ORDER

It is hereby ORDERED that the defendants herein shall serve an ANSWER upon Plaintiff to his Complaint and Amended Complaint filed in this action, within 21 days from the entry of this order, and the defendants shall not waive filing an answer pursuant to 42 U.S.C. § 1997 e(g)(1).

IT IS SO ORDERED.

_____
William T. Hart
U.S. DISTRICT JUDGE

3.