IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT A. WARREN, #B50436,
PRO-SE           Plaintiff

v.                                    No. 08 C 2518

CHAPLAIN PETERSON, et al.,            The Honorable
           Defendants.                William T. Hart
                                      Judge Presiding.

F I L E D
JUL 2 4 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## DECLARATION FOR ENTRY OF DEFAULT

I, Robert A. Warren, Plaintiff, #B50436, Pro-se, being first duly sworn upon Oath and states under Penalty of Perjury that this declaration is true and correct by the Undersigned.

IN SUPPORT THEREOF, The Plaintiff states:

1. Plaintiff Complaint was filed in this action, Summons were issued by the Court Clerk, Plaintiff's motion to file and Proceed, herein, in forma Pauperis was granted, the Court Appointed the U.S. Marshal to serve defendants by Order on the 15th day of May, 2008.

2. The Court files and record, herein, show that the defendants were served by U.S. Mail, from the U.S. Marshal, with a Copy of Summons and a Copy of Plaintiff's Complaint with waiver executed on the 19th day of May, 2008, excluding the date thereof.

4.

3. The Court records will indicate that Waivers were timely obtained by the defendants served under rule 4(d) of the federal rules of Civil Procedure.

4. More than 60 days has passed since waivers were sent to the defendants, herein, with no answer that was served upon Plaintiff to his Complaint and Amended Complaint filed in this action, Pursuant to Rule 12(a)(ii), of the federal Rules of Civil Procedure.

5. The defendants, herein, are neither incompetents nor in the U.S. armed forces. the Office of the Illinois Attorney General has filed (already) appearances and Jury demands on behalf of the defendants served.

6. The entry of default is therefore, Very Appropriate, herein, for the above-stated-reasons.

Respectfully Submitted,

Robert A. Warren
#B50436
PLAINTIFF
Pontiac Corr. Ctr.
P.O. Box 99
Pontiac Illinois
61764

PRO-SE

5.