

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2518 | **DATE** | 8/7/2008 |
| **CASE TITLE** | Warren vs. Chaplain Peterson | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to file an amended complaint [8] is denied without prejudice since duplicated by Motion [15]. Plaintiff's motion to answer [24] is denied because defendants have responded to his complaint by moving to dismiss it. Plaintiff's motion to dismiss [26] is denied without prejudice since superseded by docket entry [27]. Plaintiff's motion to dismiss [27] is denied as a motion and is treated as plaintiff's answer to defendant's motion to dismiss [21]. Since plaintiff has already answered the motion to dismiss, defendants' reply in support of their motion to dismiss shall be filed by August 29, 2008. Plaintiff is directed to cease filing duplicative and unnecessary pleadings. It should be unnecessary for plaintiff to file any further pleadings prior to a ruling on defendants' motion to dismiss.

Docketing to mail notices.

| | U.S. DISTRICT COURT CLERK    2008 AUG -7 PM 3:56    FILED | Courtroom Deputy Initials: | rjm |
|---|---|---|---|